PROB 12A
(12/98)

# United States District Court

for

Southern District of Ohio

Report on Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: | Angela Kidd | Case Number: **1:01CR00005** |
| Name of Sentencing Judicial Officer: | **The Honorable Herman J. Weber**<br>**United States Senior District Judge** | |
| Date of Original Sentence: | **May 9, 2001** | |
| Original Offense: | **Mail Fraud** | |
| Original Sentence: | **18 month(s) prison, 36 month(s) supervised release** | |
| Type of Supervision: **Supervised Release** | Date Supervision Commenced: **August 13, 2002** | |

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | Failure to pay restitution: |

The defendant was ordered to pay restitution in the amount of $15,436.09 jointly and severally with her co-defendant Larry Kidd. Her supervision is scheduled to expire on 08/11/05 and she and Larry have an outstanding balance of $9,261.09.

**U.S. Probation Officer Action: I am recommending that no action be taken, and that the case expire with a restitution balance of $10,261.09. The defendant has been making regular payments toward restitution and has paid a total of $4,555.00, while her co-defendant has only paid $670.00 toward their restitution.**

**Ms. Kidd earns approximately $1,600.00 per month at DTD Enterprises. She had a baby in September of 2004 and plans to reduce her work hours to work part-time, so that she can spend more time with her baby. Ms. Kidd lives with her boyfriend who has two jobs and owns his own home. Ms. Kidd indicated that she intends to continue making regular payments toward her restitution.**

**The victims in this case have been contacted and informed that they may be able to recover outstanding restitution with the assistance of the United States Attorney's Office.**

**This officer contacted United States Attorney Robert Brichler who advised that he has no objection to the defendant's supervision being allowed to expire as scheduled.**

PROB 12A
(12/98)

2

Respectfully submitted,

by  _____
Lorraine Cooper
U. S. Probation Officer
Date:   May 16, 2005

Approved,

by  _____
John Cole
Supervising U. S. Probation Officer
Date: May 16, 2005

[✓]   I concur with the recommendation of the Probation Officer
[ ]   Submit a Request for Modifying the Condition or Term of Supervision
[ ]   Submit a Request for Warrant or Summons

_____
Signature of Judicial Officer

6/14/05
_____
Date